**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00974-CV

—————————————

## IN RE KATHERINE CARLSON, CODY BREUNIG, USA WASTE-MANAGEMENT RESOURCES, LLC, AND KIMBERLY G. STITH, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Katherine Carlson, Cody Breunig, USA-Waste Management Resources, LLC, and Kimberly G. Stith, filed a petition for writ of mandamus challenging the trial court's September 25, 2025 order denying relators' motion to dismiss pursuant to Texas Rule of Civil Procedure 91a and November 5, 2025 order

denying relators' motion to reconsider.[1]  On the motion of relators, on June 15, 2026, the Court stayed all proceedings in the underlying trial court cause pending consideration of relators' petition for writ of mandamus.

We lift the stay imposed by our June 15, 2026 order and deny relators' petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Guiney.

---

[1]  The underlying case is *J.K. Moore v. Katherine Carlson, Cody Breunig, USA Waste-Management Resources, LLC, Planned Parenthood of Greater Texas, Planned Parenthood Gulf Coast, and Kimberly G. Stith*, Cause No. 25-CV-0838, in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.